UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD<br>c/o Law Office of Jeffrey L. Light<br>1712 Eye St., NW, Suite 915<br>Washington, DC 20006,<br><br>      PLAINTIFF<br>vs.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>Washington, DC 20505,<br><br>      DEFENDANT | Judge _____<br>Civil Action No. _____ |

## COMPLAINT

### THE PARTIES

1.  Plaintiff Jason Leopold is an investigative reporter covering a wide-range of issues, including Guantanamo, national security, counterterrorism, civil liberties, human rights, and open government. Additionally, his reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

2.  Defendant Central Intelligence Agency ("CIA") is an agency of the United States within the meaning of 5 USC § 552(f).

3.  The CIA has possession, custody and control of the records Plaintiff seeks.

### JURISDICTION AND VENUE

4.  This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

1

5. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B). Jurisdiction also lies with this Court under 28 USC § 1331.

6. Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

7. On September 12, 2016, Plaintiff submitted a FOIA request to the CIA for all volumes of the CIA internal newsletter published in 2016.

8. In a letter dated September 20, 2016, the CIA acknowledged receipt of Plaintiff's FOIA request on September 12, 2016 and assigned it tracking number F-2016-02550.

9. In a fax to the CIA dated September 27, 2016, Plaintiff clarified that the name of the newsletter that is the subject of his request is "What's News."

10. As of the filing of this Complaint, Plaintiff has not received a final determination as to whether the CIA will release the requested records. Because more than 20 business days have elapsed, Plaintiff is deemed to have exhausted his administrative remedies.

## COUNT I:
## VIOLATION OF FOIA

11. This Count realleges and incorporates by reference all of the preceding paragraphs.

12. Each of the documents referred to in this Complaint is incorporated herein by reference.

13. The CIA has violated FOIA as to request F-2016-02550 by improperly withholding responsive records.

14. Plaintiff has been and will continue to be irreparably harmed until Defendant is ordered to comply with FOIA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Order Defendant to search for and process the requested records without further delay;

(3) Grant Plaintiffs an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(4) Grant Plaintiffs such other and further relief which the Court deems proper.

Respectfully Submitted,

__/s/ Jeffrey Light_____
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*