UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-0002 (TSC) |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Central Intelligence Agency ("CIA") hereby submits its answer to Plaintiff's Complaint (ECF Doc. 1).

### FIRST DEFENSE

As to some or all of the claims asserted in this action, Plaintiff has failed to state a claim upon which relief may be granted.

### SECOND DEFENSE

As a separate and further defense, answering specifically the numbered paragraphs of Plaintiff's complaint and without waiving any defenses and/or objections, Defendant admits, denies, or otherwise avers as follows:

### PARTIES

1. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 1.

2. With respect to the first clause of the sentence in paragraph 2, Defendant admits that CIA is an "agency" within the meaning of 5 U.S.C. § 552(e).

1

3. With respect to paragraph 3, Defendant can neither confirm nor deny that it possesses any knowledge or information sufficient to form a belief as to the truth or falsity thereof. To the extent an answer is required Defendant denies the allegation in this paragraph.

## JURISDICTION AND VENUE

4. Defendant admits this action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

5. Defendant admits that this Court has jurisdiction. Defendant denies all other allegations in paragraph 5.

6. Defendant admits that venue is proper in this judicial district.

## STATEMENT OF FACTS

7. Defendant admits that on September 12, 2016 plaintiff requested "all volumes of the CIA internal newsletter "NEED TO KNOW" published in 2016 thus far." Defendant denies all other allegations in paragraph 7.

8. Admit.

9. Admit.

10. Defendant admits the first sentence in paragraph 10. The second sentence in paragraph 10 consists of legal conclusion that does not require an answer. To the extent an answer is required Defendant denies the second sentence in paragraph 10.

COUNT I:

11.     Defendant repeats and realleges its responses contained in the paragraphs set forth above.

12.     Admit.

13.     Paragraph 13 sets forth a legal conclusion to which no response is required. To the extent a response is deemed require, Defendant denies.

14.     Paragraph 14 sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, Defendant denies.

The remaining allegations in the complaint, sub-paragraphs (1)-(4), constitute a prayer for relief to which no response is required. If a response is required, the allegations are denied. Defendant further denies that Plaintiff is entitled to any relief demanded in the complaint, or any relief whatsoever.

Defendant denies all allegations in the complaint that have not been expressly admitted.

WHEREFORE, Defendant prays that the Court dismiss Plaintiff's Complaint with prejudice, render judgment to it accordingly and award Defendant all other relief to which it is entitled, including costs and disbursement.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        D.C. BAR # 415793
        United States Attorney
        for the District of Columbia

        DANIEL F. VAN HORN
        D.C. BAR # 924092
        Civil Chief

By:    /s/
        BENTON G. PETERSON, BAR # 1029849
        Assistant United States Attorney
        U.S. Attorney's Office
        555 4th Street, N.W. - Civil Division
        Washington, D.C. 20530
        (202) 252-2534