UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, | ) |
| Plaintiff, | ) Civil Action No. 17-0002 (TSC) |
| v. | ) |
| CENTRAL INTELLIGENCE AGENCY | ) |
| Defendant. | ) |

JOINT STATUS REPORT

The Court's February 3, 2015 Order directed the parties to "meet and confer and propose a schedule for proceeding in this matter. The schedule shall address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an Open America stay is likely in this case, whether a Vaughn index will be required in this case, whether and when either party anticipates filing a dispositive motion, and any other pertinent issues." The Parties by their respective undersigned counsel, submit this Joint Status Report.

The status of Plaintiff's FOIA request is that the CIA has completed its search for responsive records and is currently processing the records for release. The anticipated number of documents responsive to Plaintiff's FOIA request is not known at this time. The CIA anticipates that all responsive non-exempt records will be produced by August 31. Plaintiff has requested that the CIA make at least two interim releases. The CIA states that it cannot guarantee interim productions at this time.

The parties do not believe that a Motion for an *Open America* stay is likely in this case. The Parties agree that they will be in a better position to assess the need for further litigation after the agency has a chance to produce responsive records. Therefore, the parties believe it is premature at this time to determine whether a Vaughn index will be required or to set a briefing schedule.

The parties have further agreed that the CIA will produce responsive, non-exempt records to Plaintiff in electronic format on a CD.   Parties request that they be allowed to submit a further Status Report on September 14, 2017, after the Plaintiff has had an opportunity to review the production.

Respectfully Submitted,

/s/ Jeffrey L. Light
Jeffrey L. Light
LAW OFFICE OF JEFFREY L. LIGHT
1712 Eye St., NW
Suite 915
Washington, DC 20006
202.277.6213
Jeffrey@LawOfficeOfJeffreyLight.com

CHANNING D. PHILLIPS
D.C. BAR # 415793
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:   /s/_____
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534

Case 1:17-cv-00002-TSC   Document 4   Filed 02/24/17   Page 3 of 3

Case 1:17-cv-00002-TSC   Document 4   Filed 02/24/17   Page 3 of 3